UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEONARDO SIMPKINS,

    Plaintiff,

v.                                                           Case No: 5:23-cv-655-WFJ-PRL

FNU JONE, FNU DIAMORIA,
and FNU DRIGGER,

    Defendants.
_____/

## ORDER OF TRANSFER

From a review of the Complaint, it appears the alleged events giving rise to the cause of action occurred in Walton Correctional Institution located in DeFuniak Springs, Florida. Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is transferred to the United States District Court for the **Northern District of Florida, Pensacola Division** for all further proceedings. The Clerk is directed to forward the file to that Division and close this file.

**DONE AND ORDERED** at Tampa, Florida, on November 6, 2023.

*[signature]*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Petitioner, pro se